Dismissed and Memorandum Opinion filed October 26, 2006








Dismissed
and Memorandum Opinion filed October 26, 2006.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00645-CV

____________

 

TRACI BRYANT LIGHTFOOT, Appellant

 

V.

 

MELVIN PAIRES, Appellee

 



 

On Appeal from County Civil Court
at Law No. 1

Harris County, Texas

Trial Court Cause No. 840789

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed June 20, 2006.  On October 13, 2006, appellant
filed a motion to dismiss the appeal because the case has been settled. See
Tex. R. App. P. 42.1.  The motion
is granted.

Accordingly,
the appeal is ordered dismissed.       

PER
CURIAM

Judgment rendered and Memorandum Opinion filed October
26, 2006.

Panel consists of Justices Fowler, Edelman, and Frost.